PLAINTIFF/PETITIONER/MOVANT'S NAME CASIANO N. AIFORQUE

~~PRISON NUMBER~~

~~PLACE OF CONFINEMENT~~

FILED
2008 APR -3 PM 2: 28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KWH _____ DEPUTY

ADDRESS P.O. BOX 84564 San Diego, Calif. 92138

# United States District Court
## Southern District of California

| | |
|---|---|
| CASIANO N. AIFORQUE | Civil No. '08 CV 0613 WQH WMc |
| Plaintiff/Petitioner/Movant | (TO BE FILLED IN BY U.S. DISTRICT COURT CLERK) |
| v. | |
| MARTIN COUNTY, TEXAS, ~~TEXAS STATE TROOPERS~~ | MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |
| Defendant/Respondent | |

I, CASIANO N. AIFORQUE declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   Yes   (No)   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?         |Yes   |No
   Do you receive any payment from the institution?   Yes   No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?  Yes  (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   LAST EMPloyED November 2007, TAKE HOME $960.00 WEEKly — EMPloyED with Specialty Produce Co. 8104 Lovelock St San Diego Calif 92110

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   Yes  (No)
   b. Rent payments, royalties interest or dividends  Yes  (No)
   c. Pensions, annuities or life insurance            Yes  (No)
   d. Disability or workers compensation              (Yes)  No
   e. Social Security, disability or other welfare    (Yes)  No
   e. Gifts or inheritances                            Yes  (No)
   f. Spousal or child support                         Yes  (No)
   g. Any other sources                                Yes  (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   State Disability — $149.00 wkly → Ended April 8, 2008
   Calif. Unemployment Insurance → $1200.00 → End Jan 20, 2008

4. Do you have any checking account(s)?  Yes  (No)
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  Yes  (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?  Yes  (No)
   a. Make:              Year:        Model:
   b. Is it financed?  Yes   No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Alvis H. Aiforgue - Wife / Everything ($600.00)
   Jessicah Aiforgue - Daughter / Everything ($600.00)

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Loan - $6000.00 → Thousand trails   $200 month
   Loan - $1200.00 → Bullyo           $50.00 monthly

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 04-03-08

SIGNATURE OF APPLICANT