AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Casiano N Alforque<br><br>vs<br><br>Martin County, Texas | **SUMMONS IN A CIVIL ACTION**<br>Case No.   08cv613-WQH-WMC |

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF

   Casiano N Alforque
   PO Box 84564
   San Diego, CA 92138

   An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        _____June 11, 2008_____
               Clerk of Court                                                             DATE
By M. Cruz, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action