**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: CASIANO N. AIFORQUE | COURT CASE NUMBER: 08cv613-WQH-WMC |
| DEFENDANT: MARTIN COUNTY, TEXAS | TYPE OF PROCESS: Summons |

FILED 2008 JUL -8 AM 8:43

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MARTIN COUNTY ATTORNEY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  301 N. ST PETER ST STANTON TX 79782

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CASIANO N. AIFORQUE
P.O. BOX 84564
SAN DIEGO, CA 92138

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 619 952-6586
DATE: 06-17-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 98 | District to Serve No. 80 | Signature of Authorized USMS Deputy or Clerk | Date: 6/17/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6-30-08    Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | 6.07 | 14.07 | | |

REMARKS: 06/17/08 - mailed to W/TX JDIS (BSO)
7001 1140 0001 4512 6193

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Casiano N Alforque

vs

Martin County, Texas

**SUMMONS IN A CIVIL ACTION**
Case No.   08cv613-WQH-WMC

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF

Casiano N Alforque
PO Box 84564
San Diego, CA 92138

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

By M. Cruz, Deputy Clerk

June 11, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action