```
 1  Mark W. McBrayer
    Texas Bar No. 24038036
 2  Pro Hac Vice application to be filed
    CRENSHAW, DUPREE & MILAM, L.L.P.
 3  P. O. Box 1499
    Lubbock, Texas 79408
 4  (806) 762-5281

 5  Jeffrey M. Byer
    California State Bar No. 149332.
 6  Local Counsel
    SANDLER LASRY LAUBE BYER & VALDEZ, L.L.P.
 7  402 West Broadway, Suite 1700
    San Diego, CA 92101
 8  (619) 235-5655

 9  ATTORNEYS FOR DEFENDANT MARIN COUNTY, TEXAS

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CASIANO N. ALFORQUE | Case No. 3:08-CV-0613-WQH (WMc) ECF |
| Plaintiff, | |
| v. | DEFENDANT'S MOTIONS TO DISMISS PURSUANT TO RULES (b)(2), 12(b)(3) AND 12(b)(6); OR, MOTIONS TO VENUE, NOTICE OF MOTIONS |
| MARTIN COUNTY, TEXAS, | |
| Defendant. | |
| | JUDGE: WILLIAM Q. HAYES |
| | HEARING DATE: AUGUST 25, 2008<br>TIME: 11:00 a.m.<br>COURTROOM: 4<br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO CASIANO N. ALFORQUE, PRO SE PLAINTIFF:

PLEASE TAKE NOTICE THAT on August 25, 2008 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendant MARTIN COUNTY, TEXAS will and hereby do move this Court for an Order dismissing Plaintiff's Complaint, or alternatively, to transfer Plaintiff's cause of action to the United States District Court for the Western District of Texas, Midland Division.

These Motions to Dismiss are brought for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2), or alternatively, for Failure to State a Claim Pursuant to Federal

1 | Rule of Procedure 12(b)6) and 28 U.S.C. § 1915, or alternatively, for Improper Venue Pursuant to
2 | Federal Rule of Civil Procedure 12(b)(3). These Motion to Transfer Venue are brought for Transfer
3 | to a Proper District Pursuant to 28 U.S.C. § 1406(a), or alternatively, for the Convenience of the
4 | Parties Pursuant to 28 U.S.C. § 1404(a).

These Motions are based on this Notice of Motion and Motions, the accompanying Memorandum of Points and Authorities in Support thereof, and the Appendix in Support thereof, filed herewith, the pleadings filed herein, and such other written or oral argument as may be requested by the Court.

Respectfully submitted,

Dated: July 21, 2008          **CRENSHAW, DUPREE & MILAM, L.L.P.**

By:   s/ Mark W. McBrayer, by consent
      Attorneys for Defendant
      MARTIN COUNTY, TEXAS

Dated: July 21, 2008          **SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**

By:   s/ Jeffrey M. Byer
      Jeffrey M. Byer
      Attorneys for Defendant
      MARTIN COUNTY, TEXAS