1  Mark W. McBrayer
   Texas Bar No. 24038036
2  Pro Hac Vice application to be filed
   CRENSHAW, DUPREE & MILAM, L.L.P.
3  P. O. Box 1499
   Lubbock, Texas 79408
4  (806) 762-5281

5  Jeffrey M. Byer
   California State Bar No. 149332.
6  Local Counsel
   SANDLER LASRY LAUBE BYER & VALDEZ, L.L.P.
7  402 West Broadway, Suite 1700
   San Diego, CA 92101
8  (619) 235-5655

9  **ATTORNEYS FOR DEFENDANT MARIN COUNTY, TEXAS**

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12 | CASIANO N. ALFORQUE | Case No. 3:08-CV-0613-WQH (WMc) ECF |
|---|---|
13 |        Plaintiff, | |
   |   v. | **DEFENDANT'S APPENDIX IN** |
14 | | **SUPPORT OF MOTIONS TO DISMISS** |
   | MARTIN COUNTY, TEXAS, | **AND  MOTIONS TO TRANSFER** |
15 | | **VENUE** |
   |        Defendant. | |
16 | | JUDGE: WILLIAM Q. HAYES |
17 | | HEARING DATE: AUGUST 25, 2008 |
   | | TIME: 11:00 a.m. |
18 | | COURTROOM: 4 |
   | | NO ORAL ARGUMENT UNLESS |
19 | | REQUESTED BY THE COURT |

20

21                         **INDEX**

22 Exhibit A   Documents from the District Clerk's file in the matter of the State of Texas   000001

23             v. Nicholas Alforque Casiano, Cause No. 7871 in the County Court of

24             Martin County, Texas

25 Exhibit B   Declaration of James L. McGilvray, Martin County Attorney            000034

26

27

28

Exhibit C    Declaration of Charles T. Blocker, County Judge, Martin County, Texas    000063

Respectfully submitted,

Dated:    July 21, 2008                **CRENSHAW, DUPREE & MILAM, L.L.P.**

By:    <u>s/ Mark W. McBrayer, by consent</u>
       Attorneys for Defendant
       MARTIN COUNTY, TEXAS

Dated:    July 21, 2008                **SANDLER, LASRY, LAUBE, BYER
                                        & VALDEZ LLP**

By:    <u>        s/ Jeffrey M. Byer        </u>
       Jeffrey M. Byer
       Attorneys for Defendant
       MARTIN COUNTY, TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIANO N. ALFORQUE | § | Case No. 3:08-CV-0613-WQH |
| | § | **ECF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| MARTIN COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**Exhibit A**

THE STATE OF TEXAS      }{

COUNTY OF MARTIN     }{

     I, SUSIE GRAHAM, Clerk of the District Court, in and for Martin County, do hereby certify that the attached pages contain a true and correct copy of the following:

```
Complaint filed 8/3/05
Information filed 8/3/05
Order of Pre-Trial Hearing and Jury Trials filed 9/7/05
Certificate of Service from Shawn L. Holliday filed 9/26/05
Request for Evidenciary Hearing filed 9/26/05
Motion Introducing Evidence filed 9/26/05
Motion for Dismissal under Article 27.08 9/26/05
Motion for Assigment of Counsel filed 9/26/05
Motion for Judgment Order of Dismissal filed 9/26/05
Bond filed 5/19/05
Correspondence from Judy's Bonding filed 10/5/05
Motion To Obtain Warrant filed 10/5/05
Affidavit filed 10/5/05
Order to Issue Warrant filed 10/5/05
Certificate of Service from Shawn L. Holliday filed 10/11/05
Written Plea of Innocence filed 10/11/05
Order of Pre-Trial Hearing and Jury Trials filed 5/5/06
Order of Pre-Trial Hearing and Jury Trials filed 2/7/08
Order of Pre-Trial Hearing and Jury Trials filed 3/5/08
```

In Cause No   7871   : The State of Texas vs. Nicholas Alforque Casiano       ,
as the same appears now on file in my office.

     GIVEN UNDER MY HAND AND SEAL OF OFFICE, in Stanton, Texas this the
  18   day of   July      A D, 20 08 .

                          *Susie Graham*
                          SUSIE GRAHAM, District Clerk
                          Martin County, Texas
                          By_____Deputy

Cause No. _7871_

### Complaint

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

I, _____MICHAEL SPARKS_____, being duly sworn, do state upon my oath

that I have personal knowledge I have good reason to believe and do believe based upon the written

report of AARON A. NEFF and I charge that heretofore, and before the making and filing of this

complaint, that on or about the 18th day of May, 2005, in the County of Martin and the State of

Texas, NICHOLAS ALFORQUE CASIANO, Defendant, did then and there intentionally and

knowing possess a controlled substance analogue, namely, a substance which is intended in whole

and in part for human consumption, and which is specifically designed to produce an effect

substantially similar to and greater than the effect of the controlled substance hydrocodone, and the

chemical structure of which is substantially similar to the chemical structure of the controlled

hydrocodone, and the amount of the controlled substance analogue delivered by the defendant was

less than 28 grams, including any adulterants and dilutants,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

_____
MICHAEL SPARKS

SWORN TO AND SUBSCRIBED BEFORE ME by   MICHAEL SPARKS_____,
a credible person, this __1st____ day of . August, A.D, 2005.

_____
JAMES L. McGILVRAY
Martin County Attorney

Possession of Controlled Substance Penalty Group 3< 28G, §481.117(b) HSC, Class A Misd.

FILED _____, 20 05
AT __8:40__ o, clock __ M
SUSIE HULL
District & County Clerk, Martin Co., Texas
By _____ ,Deputy   0006

 TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

No. _7871_

THE STATE OF TEXAS                                    IN THE COUNTY COURT

VS.                                                              OF

NICHOLAS ALFORQUE CASIANO                 MARTIN COUNTY, TEXAS

### INFORMATION

I, JAMES L. McGILVRAY, County Attorney of Martin County, in said State, on the written

affidavit of MICHAEL SPARKS, a competent and credible person herewith filed in the County

Court, in the County of Martin and the State of Texas do present unto said court that on or about the

18th day of May, A.D., 2005, and before the making and filing of this information, in the County of

Martin and the State of Texas, one NICHOLAS ALFORQUE CASIANO, Defendant, did then and

there intentionally and knowing possess a controlled substance analogue, namely, a substance which

is intended in whole and in part for human consumption, and which is specifically designed to

produce an effect substantially similar to and greater than the effect of the controlled substance

hydrocodone, and the chemical structure of which is substantially similar to the chemical structure

of the controlled hydrocodone, and the amount of the controlled substance analogue delivered by the

defendant was less than 28 grams, including any adulterants and dilutants,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.


JAMES L. McGILVRAY
Martin County Attorney


Possession of Controlled Substance Penalty Group 3< 28G, §481.117(b) HSC, Class A Misd.

FILED _August 3_, 20_05_
AT _8:40_ o, clock _A_ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ ,Deputy       00000

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

No. 7871

The State of Texas
Vs

Nicholas Alforque Casiano

In The County Court
of
Martin County, Texas

### Order of Pre-Trial Hearing and Jury Trials

To:  Defendant
     Box 84921
     San Diego Ca 92138
     Bondsman, of record
     Attorney, of record

Pursuant to Art. 28.01, Texas Code of Criminal Procedure, you are hereby ORDERED to appear before this Court, at the Courthouse in Stanton, Texas, at 9:00 am, Sept. 28, 2005, for a Pre-Trial Hearing, in the above captioned cause. The pre-trial hearing shall be to determine any of the following matters:

1. Arraignment of the defendant, if such be necessary; and appointment of counsel to represent the defendant, if such be necessary;
2. Pleadings of the defendant;
3. Special pleas, if any;
4. Exceptions to the form or substance of the indictment or information;
5. Motions to suppress evidence – When a hearing on the motion to suppress evidence is granted, the court may determine the merits of said motion on the motions themselves, or upon opposing affidavits, or upon oral testimony, subject to the discretion of the court;
6. Motions for continuance either by the State or defendant; provided that grounds for continuance not existing or not known at the time may be presented and considered at any time before the defendant announces ready for trial;
7. Motions for change of venue by the State or the defendant; provided, however, that such motions for change of venue, if overruled at the pre-trial hearing, may be renewed by the State or the defendant during the voir dire examination of the jury;
8. Discovery;
9. Entrapment; and
10. Motion for appointment of interpreter.

All motions, pleadings, and exceptions must be filed no later than seven (7) days before the hearing.

You should be prepared to announce to the Court whether you want a jury trial, trial before the Court, or to plead guilty/nolo contendere.

Failure to appear at this hearing will forfeit your bond and a warrant for arrest may be issued. Your attorney must be present with you at this hearing. Attorneys ignoring this order will be held in contempt. If you have any questions concerning this case, call the County Attorney at (432) 756-2838.

Corky Blocker, County Judge
Martin County, Texas

FILED Sept 7, 20 05
At 11:30 o'clock A M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____, Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000605

SHAWN L. HOLLIDAY
4054 Utah Street
Suite No#8
San Diego, Calif. 92104
619-675-6533



CERTIFICATE OF SERVICE:

FOLLOWING PLEADINGS FOR THE DEFENDANT NICHOLAS ALFORQUE
CASIANO HAVE BEEN MAILED CERTIFIED BY FIRST CLASS POSTAGE TO
THE ADDRESS'S BELOW:

 PLEADING- REQUEST FOR EVIDENCIARY HEARING; MOTION
INTRODUCING EVIDENCE; MOTION FOR ASSIGNMENT OF COUNSEL;
MOTION FOR DISMISSAL
CONTENT- PHYSICIANS STATEMENT; AFFIDAVIT OF MARY J. HOLIDAY;
        VEHICLE REGISTRATION; STATE FARM INSURANCE CARD AND
        CONTRACT OF ASSIGNED DRIVERS; DECLARATION OF ALVIS H.
        FERNANDEZ.

I, _Alvis Fernandez_ , CERTIFY THAT THE ABOVE PLEADINGS WERE
MAILED ON DATE SEPTEMBER 20, 2005 BY OF THE UNITED STATES POST
OFFICE, FIRST CLASS MAIL, TO FOLLOWING ADDRESS'S;

SUSAN HULL
DISTRICT AND COUNTY CLERK
MARTIN COUNTY
P.O. BOX 906
STANTON, TEXAS 79782-0906

JUDYS BONDING SERVICE
113 EAST 4TH STREET
ODESSA, TEXAS 79761

STANTON COURT
ATTN: JUDGE CORKY BLOCKER
IN THE COUNTY COURT
OF
MARTIN COUNTY, TEXAS
MARTIN COUNTY
P.O. BOX 906
STANTON, TEXAS 79782-0906

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERKS OFFICE

FILED _Sept. 26_ 20_05_
AT _8:30_ o, clock _A_ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ ,Deputy
00000

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS                    :

*VS*                                  : **REQUEST FOR**

                                      : **EVIDENCIARY**

NICHOLAS ALFORQUE CASIANO             : **HEARING**

_____

Hearing Date: 09-28-05
Time          : 09:00 am


        AND NOW COMES THE DEFENDANT IN THIS MATTER, NICHOLAS
ALFORQUE CASIANO. The defendant submits the following
request, under Art. 38.03. which states:

Art. 38.03. [705] [785] [765] Presumption of innocence

All persons are presumed to be innocent and no person may
be convicted of an offense unless each element of the
offense is proved beyond a reasonable doubt.  The fact that
he has been arrested, confined, or indicted for, or
otherwise charged with, the offense gives rise to no
inference of guilt at his trial.
Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.
Amended by Acts 1981, 67th Leg., p. 2247, ch. 539, Sec. 1,
eff. June
12, 1981.


        The court must bring into light, before the

commencement of any such trial, any and all evidence which

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE



FILED _____ ,20 __
AT _____ o, clock ___ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ ,Deputy

00000'

may or may not vindicate the defendant from any and all charges which are brought against him in the matter before the court, as the court cannot reasonably try a case for which no evidence of a law being broken exist.

The defendant request that this hearing be held on or before date September 28,2005, to as to determine the merits of which this case holds grounds for prosecution.

Dated, September 21, 2005

Signed, _____
                    Shawn L. H.

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS          :  **MOTION**

*VS*                        :  **INTRODUCING**

                            :  **EVIDENCE**

NICHOLAS ALFORQUE CASIANO   :

_____

Hearing Date: 09-28-05
Time         : 09:00 am


AND NOW COMES THE DEFENDANT IN THIS MATTER, NICHOLAS
ALFORQUE CASIANO. The defendant introduces the following
evidence into record under Art. 38.03.:

**1)** Physicians Letter  **EXHIBIT A**

**2)** Affidavit of one Mary J. Holiday  **EXHIBIT B**

**3)** Vehicle Registration  **EXHIBIT C**

**4)** Business Insurance Policy/Insurance Card  **EXHIBIT D**

**5)** Declaration of one Alvis H. Fernandez  **EXHIBIT E**

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERKS OFFICE



FILED _Sept. 26, 2005_
AT _8:30_ o. clock _A_ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ ,Deputy

This evidence categorically vindicate the defendant from any and all charges which are brought against him in the matter of "The State of Texas Vs. Nicholas Alforque Casiano, as the court cannot reasonably try a case for which an offense has not been committed against the law, Article 27.08. [511][575] [564] Exception to substance of indictment.

Dated, September 21, 2005

Signed, _____
Shawn L. H.

# David M. Kupfer, M.D., F.A.C.S.

Main Office: 3434 Midway Drive, Suite 2005 • San Diego, California 92110
Del Mar • El Centro • Escondido • San Diego • San Marcos • Temecula
(619) 223-2271 • (619) 221-4456 fax

September 19, 2005

Attn: Stanton Court House

To Whom It May Concern:

Re:    Alforque Casiano

DOB: 12/18/69

Mr. Casiano has been treating with Dr Kupfer for a left wrist and arm injury since January 2003.
In the course of his treatment, he had surgery to the left wrist. Consequently, he has residual chronic pain, which occasionally may require the use of a narcotic.

Mr. Casiano has been prescribed Lortab, or Vicadon, on a semi-regular basis, with the last prescription dated June 13, 2005, for Lortab 7.5mg/500mg, #20.

Sincerely,

Robynne A. McMurtrie
Manager for David M. Kupfer, M.D.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY'S DISTRICT CLERK'S OFFICE

EXHIBIT A
000011

*EXHIBIT B*

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS          : **Affidavit of**

*VS*                        : **Mary J.**

                            : **Holiday**

NICHOLAS ALFORQUE CASIANO   :

_____

Hearing Date: 09-28-05
Time        : 09:00 am

Affidavit from Mary J Holiday.

Affidavit stating the following:

I, Ms. Mary J. Holiday. Attest to the fact that I am listed as

Operator of said vehicle, Honda Civic registered to one Alvis H.

Fernandez, Vin No.#1HGEM22134L041126, for business

purposes, and am listed as an agent on said Company vehicles

Business Policy number 92-462-C08-55B, under State Farm

Insurance Company, which will be proven within the content of

EXHIBIT D of this pleading, this vehicle being subsequently

detained in the state of Texas on date May 17, 2005,

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

approximately 10:00 am, by Trooper Aaron Neff the arresting

officer of the defendant in the above matter.

I, Ms. Mary J. Holiday did leave the prescribed medication,

belonging to myself, Generic **Penicillin**, inside the secured area

of the glove box in said vehicle, being advised by a reputable

source, that this practice was common in the operation of a

shared Company Vehicle.


Dated, 08-31-05

Signed,

Mary J. Holiday.


## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

On August 31, 2005 before me, the undersigned notary public, personally
appeared MARY J. Holiday, personally
know to me (or proved to me on the basis of satisfactory evidence) to be the
person whose name is subscribed to the within instrument and acknowledged to
me that he executed the same in his authorized capacity, and that by his
signature on the instrument the person, or the entity upon behalf of which the
person acted, executed the instrument.

[Notary Seal, if any]:


OLGA O. VILLANUEVA
Commission # 1422883
Notary Public - California
San Diego County
My Comm. Expires Jun 7, 2007

Olga O. Villa
(Signature of Notarial Officer)

Notary Public for the State of California


TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERKS OFFICE

000014

in accordance with the fee schedule for that county.

(d) A counsel in a noncapital case, other than an attorney with a
public defender, appointed to represent a defendant under this code
shall be reimbursed for reasonable and necessary expenses,
including expenses for investigation and for mental health and
other experts.  Expenses incurred with prior court approval shall
be reimbursed in the same manner provided for capital cases by
Articles 26.052(f) and (g), and expenses incurred without prior
court approval shall be reimbursed in the manner provided for
capital cases by Article 26.052(h).

(e) A majority of the judges of the county courts and statutory
county courts or the district courts, as appropriate, trying
criminal cases in the county may remove an attorney from
consideration for appointment if, after a hearing, it is shown that
the attorney submitted a claim for legal services not performed by
the attorney.

(f) All payments made under this article shall be paid from the
general fund of the county in which the prosecution was instituted
or habeas corpus hearing held and may be included as costs of court.

(g) If the court determines that a defendant has financial
resources that enable him to offset in part or in whole the costs of
the legal services provided, including any expenses and costs, the
court shall order the defendant to pay during the pendency of the
charges or, if convicted, as court costs the amount that it finds
the defendant is able to pay.

(h) Reimbursement of expenses incurred for purposes of
investigation or expert testimony may be paid directly to a private
investigator licensed under Chapter 1702, Occupations Code, or to
an expert witness in the manner designated by appointed counsel and
approved by the court.

Acts 1965, 59th Leg., p. 317, ch. 722, Sec. 1, eff. Jan. 1, 1966.
Amended by Acts 1969, 61st Leg., p. 1054, ch. 347, Sec. 1, eff. May
27, 1969;  Acts 1971, 62nd Leg., p. 1777, ch. 520, Sec. 1, eff. Aug.
30, 1971;  Acts 1973, 63rd Leg., p. 1126, ch. 426, art. 3, Sec. 3,
eff. June 14, 1973;  Acts 1981, 67th Leg., p. 803, ch. 291, Sec. 106,
eff. Sept. 1, 1981;  Acts 1987, 70th Leg., ch. 979, Sec. 3, eff.
Sept. 1, 1987.

Subsec. (f) added by Acts 1999, 76th Leg., ch. 837, Sec. 1, eff.
Sept. 1, 1999.  Amended by Acts 2001, 77th Leg., ch. 906, Sec. 8,
eff. Jan. 1, 2002;  Subsec. (f) amended by Acts 2001, 77th Leg., ch.
1420, Sec. 14.734, eff. Sept. 1, 2001.

        And in adherence to the above article, the defendant request appointment of a

Public Defender to represent him in this matter. The defendant does so state that he is


TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

indigent as is reflected in Exhibit A, of defendants Motion to introduce Evidence, and

thereby states that he does so in fact fall under the regulations required by Article 26.044.

Furthermore, the assignment of Counsel in this matter will better assist the courts,

as  local Counsel may act as a live mouthpiece before the court, in behalf of the defendant

and defendants outside Counsel.

Dated, September 21, 2005

Signed, _____,

Shawn L. H.

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000016

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS        : Motion for

**VS**                       : Judgement

                                  : Order of

NICHOLAS ALFORQUE CASIANO   : Dismissal

---

Hearing Date: 09-28-05
Time      : 09:00 am

AND NOW COMES THE DEFENDANT, NICHOLAS

ALFORQUE CASIANO, in the above matter of "State of Texas Vs.

Nicholas Alforque Casiano.

    The defendant, respectfully states to the courts, that defendant has

successfully provided all the necessary facts and materials, listed under

Article 27.08.(see defendants motion for dismissal), to prove that there

exist no offense against the law which can be punishable by this court,

County Court of Martin County, Texas.

FILED _Sept. 26 2005_
AT _8:30_ o. clock _A_ M
**SUSIE HULL**
District & County Clerk Martin Co., **Texas**
By _Shawn Jones_ ,Deputy



TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000017

Having proved the defendant's case, the defendant respectfully request that the court's issue a Judgment Order, vindicating the defendant of any and all charges brought before it.

Dated, September 20, 2005

Signed, _____,

Shawn L. H., Causutive'

TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

# THE STATE OF TEXAS

No.....COMPLAINT

IN .............COUNTY..................... COURT.

County of....MARTIN

Precinct No. ........MARTIN............ County

*Know all Men by these Presents.* That we....CASIANO NICHOLAS AIFORQUE........
as Principal, and the other subscribers hereto as Sureties, acknowledge ourselves to owe and be indebted
to the STATE OF TEXAS in the sum of.............ONE THOUSAND.............................................Dollars,
And in addition thereto, we are bound for the payment of all fees and expenses that may be incurred by
peace officers in rearresting principal in the event the conditions of this bond are violated. For the payment
of which sum or sums, well and truly to be made to the State of Texas, we and each of us hereby jointly
and severally bind ourselves, our heirs, executors and administrators firmly by these presents.
THE CONDITION OF THIS BOND is that the defendant has been charged with a (felony) (misdemeanor)
offense and to secure his release from custody is entering into this obligation binding him to appear before

....COUNTY.................. court of.........MARTIN............. County, Texas, with ...MISD..........................

..POSSESSION. OF. CONTROLLED. SUBSATNCE/A........................................

Now, if the said....CASIANO NICHOLAS AIFORQUE..........................shall well and truly make h..IS....

appearance before the ....COUNTY. COURT...................... of.....MARTIN.......................

County, Texas, .....................................................................................at the next term of

said Court, at ....STANTON, TEXAS....................

### INSTANTER

on the.......................... day of ........................... 20 .... at ............ o'clock .... m, and there re-
main from day to day and term to term, until discharged by due course of law, then and there to answer

said accusation and any and all subsequent proceedings had relative to the charge against HIM........, then
this obligation shall become null and void; otherwise to remain in full force and effect.

Witness our hand this .............19th........... day of .....MAY............................20 ..05.

4455 Federal Blvd #54
P.O. BOX 87821
SD CA 92138 - 92102

X _____
  Principal CASIANO NICHOLAS AIFORQUE
Surety _____
Surety _____

## OATH OF SURETIES

# THE STATE OF TEXAS

We, each of us, ____ASA BONDING____ and _____

County of Ector

do swear that we are worth in our own right, at least the sum of ...TWO THOUSAND.................
DOLLARS, after deducting from our property all that which is exempt by the constitution and laws of the
State from forced sale, and after the payment of all our debts, of every description, whether individual or
security debts, and after satisfying all encumbrances upon our property which are known to us; and that

we reside in the County of ........ECTOR........................and have property in the State liable to
execution worth:

the said ....ASA BONDING................. sum of ........TWO THOUSAND.............. DOLLARS,

the said ....................................... sum of ................................ DOLLARS.

Surety _____  113 E. 4th Street, Odessa, Texas

Surety _____  113 E. 4th Street, Odessa, Texas

Notary Public
State of Texas
Comm. Expires 06-10-2008

Subscribed and sworn to before me this ....19th........day of .....MAY............ A. D. 20..05..

_____
Notary Public in and for Ector County, Texas

The foregoing bond examined and approved this ....19........day of ....MAY............20..05....

_____  MARTIN CO

By _____

FILED  Aug 19, 2005  2:00 o'clock  P.M
ASA _____
Martin County Clerk Martin Co., Texas
BONDING SERVICES

113 East 4th St.   Odessa, Texas 79761   432/332-5061   1-800-288-4023

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000019

No. .........COMPLAINT.........

IN.......................COUNTY.......................COURT

Precinct No. ..........................

.......................MARTIN.......................County

# Appearance Bond

THE STATE OF TEXAS

*vs*

CASTANO NICHOLAS AIFORQUE
P.O. BOX 458
SAN DIEGO, CALIFORNIA 79788

CASTANO NICHOLAS AIFORQUE ......... Prinicpal.

## ASA BONDING

### 113 E. 4th ......... Surety.

**Odessa, TX 79761** ......... Surety.

Approved and filed this _____ day

of _____ 20 ____ .

_____

_____

Precinct No. _____

_____ County, Texas.

STATE OF TEXAS

COUNTY OF ECTOR

I CERTIFY THAT I know the sureties whose names are signed to the within Bond of Indemnity, that they are solvent and have property in Ector County, Texas, subject to execution worth $ 2,000 and more and if this bond was presented to me, I would approve same.

Sheriff of Ector County, Texas

By _____ Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000020

# JUDY'S BONDING

113 EAST 4TH STREET    •    PHONE 915/332-5061

ODESSA, TEXAS 79761

*Date:*   October 4th, 2005

*To:*    *Martin County Court House*
        *County Clerks(criminal)*
        *P.O Box 906*
        *Stanton, Texas 79782-0906*

*State Of Texas Vs::*   *Nicholas Alforque Casiano*        *Case # 7871*

*Dear Sirs:*

*Enclosed you will find a motion to go off bond on the above referenced style and numbered case. Please have a judge sign order to off bond.*

*I would appreciate it if you would forward us a copy of the signed motion once the warrant has been issued. Enclosed you will find a self addressed stamped envelope for your convenience.*

*Thank you for your attention and courtesy regards this matter.*

*Sincerely,*

*Maria Cavazos*
*Court coordinator*

FILED _Oct 5_ , 20_05_
AT ___10:10___ o, clock _A_ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ ,Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000021

NO. 7871

| | |
|---|---|
| THE STATE OF TEXAS | IN THE ___ COUNTY ___ COURT |
| VS. ___ NICHOLAS ALFORQUE CASIANO | OF ___ STANTON ___ , TEXAS |
| | MARTIN COUNTY ___ |

### MOTION TO OBTAIN WARRANT

NOW COMES TOM BARKER SURETY ON THE APPEARANCE BOND IN THE SUM OF ___ ONE THOUSAND ___

DOLLARS OF ___ NICHOLAS ALFORQUE CASIANO ___ WHO IS CHARGED WITH ___ POSSESSION ___

___ OF A CONTROLLED SUBSTANCE/A ___ IN THE ___ COUNTY ___ COURT

OF ___ MARTIN ___ COUNTY, TEXAS, AND WOULD SHOW TO THE COURT THAT AS PROVIDED UNDER ARTICLE 17.19

OF THE CODE OF CRIMINAL PROCEDURE OF THE STATE OF TEXAS, THEY DESIRE TO SURRENDER THEIR PRINCIPAL, TO

WIT: ___ NICHOLAS ALFORQUE CASIANO ___ AND THAT IN ORDER TO DO

SO, IT IS NECESSARY FOR THEM TO SECURE A WARRANT FOR HIS ARREST.

YOUR PETITIONER MOVES THE COURT TO ISSUE A WARRANT FOR THE ARREST FOR SUCH PRINCIPAL.

THIS MOTION IS MADE FOR THE PURPOSE OF SECURING A WARRANT FOR THE ARREST OF SAID PRINCIPAL AND

SURRENDERING HIM AND IT IS NECESSARY TO SECURE A WARRANT FOR THE ARREST OF THE SAID DEFENDANT.

WHEREFORE, TOM BARKER RESPECTFULLY REQUESTS THE COURT TO GRANT THIS APPLICATION AND ORDER FOR

THE ARREST OF THE PRINCIPAL WHO IS THE DEFENDANT IN THE ABOVE STYLED AND NUMBERED CAUSE.

SURETY

SWORN TO ME AND SUBSCRIBED BEFORE ME ON THE ___ 4TH ___ DAY OF ___ OCTOBER ___

20 05 TO CERTIFY AND WITNESS MY HAND AND SEAL OF OFFICE.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

*Judy's Bonding*
24 Hr Phone
915/332-5061

*ASA Bonding*
24 Hr Phone
915/332-5136

LULU RAMIREZ
Notary Public
State of Texas
My Commission Expires
November 16, 2006

FILED Oct. 5 2005
AT 10:00 o. clock A. M
SUSIE HULL
District & County Clerk-Martin Co., Texas
By ___ .Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000022

Felony _____ Misdemeanor _____   Chg. Out Of: _____

Date _____ Amount $ 100   Bond Posted In: Martin Co.

Court County _____ Cause # _____   Yrs. in Odessa: Life

Name Visions News Alarune   Nick Name _____   Phone 619-675-6333

Address 4455 Federal   City/State San Diego, Ca Zip 92138   Yrs. at Present Address 1 yr.

Prior Address 4455 Federal Blvd   City/State San Diego, Ca Zip 92102   How Long? 4 yrs

Age 35   Wt 300   Ht 6'2"   Eyes Brown   Hair Blk   Race _____   DOB 12-18-6

Place of Birth San Diego, Ca   SS# 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   DR# _____   Exp. Date 12-18-0

Empl. San Diego Bail Academy Group   Addr. 4455 Federal Blvd Ste   Phone 2660 1022

Inmed. Supr. _____   How Long? 15 yrs   Occu. President

Spouse Alma H Fernandez   Maiden Fernandez   Addr. Same as above

Spouse Empl. SDBA Inc   Addr Same as D   Phone _____

Your Salary _____ per hrly   Other Income _____ per N/A   Child Supp _____ per N/A

Children NONE   Age(s) _____   School _____

| | LIST SPOUSE'S NAME | ADDRESS, CITY, STATE & ZIP | TELEPHONE NUMBER |
|---|---|---|---|
| Attorney | William J. Slyke | 619-233-7326 #6335154821 | W ( ) |
| Father | Dr Charles Alarune | Adr | H ( ) / W ( ) |
| Mother | Mary Adam | Adr 6654   San Diego | H ( ) 662-22 / W ( ) 264-18 |
| Uncle/Brother | Frank Alfrune | Adr 6062 Logan Ave SD | H ( ) 248-21 / W (619) 264-31 |
| Brother | | Adr 2118 Aeagles St | H ( ) / W ( ) |
| Sister | | Adr Beamount, TX 77705 | H ( ) / W ( ) |
| Sister | | Adr | H ( ) / W ( ) |
| Father In-Law | Ricardo Fernandez | Adr 1417 Stonecrest Ln, National City | H (619) 554-7 / W ( ) |
| Mother In-Law | Maria Fernandez | Adr 1417 Stonecrest Ln | H (619) 554-7 / W ( ) |
| Best Friend | | Adr | H ( ) / W ( ) |
| Aunt/Uncle | | Adr | H ( ) / W ( ) |
| Creditor | | Adr | H ( ) / W ( ) |

Buying or Rent 550.00   Paid to Whom Belmont Landing   Financed By _____

Make, Year, Model, Color of Car Honda, Civic, 2004, Black.   Lic # _____

Financed By Mission Federal C Union   Addr _____

Insurance Co. Farmers.   Paid/Owed Buying.   Name On Car Alarune   Car Title Alvis   Ph. # (619) _____

TRUE AND CORRECT COPY OF ORIGINAL FILED IN SAN DIEGO COUNTY & DISTRICT CLERK'S OFFICE
000023

NO. 7871

THE STATE OF TEXAS

VS.  NICHOLAS ALFORQUE CASIANO

IN THE _____ COUNTY _____ COUR

OF _____ STANTON _____ ,TEXA

_____ MARTIN COUNTY _____ JUDICIAL DISTRIC

### AFFIDAVIT

NOW COMES  TOM BARKER/ASA BONDING                                           sureties on th
appearance bond in the above numbered cause, both of whom are over the age of twenty-one (21) years, who have nev
been convicted of a felony, and who are both competent to swear to the following matters of fact:

The Defendant has failed to  COMPLAY WITH CONTRACTUAL AGREEMENT MADE WITH THIS COMPANY

UPON POSTING THIS BOND ON 5-19-05. HE WILL NOT RETURN CALLS TO THE OFFICE AND I

FEAR THAT WE CANNOT PRODUCE DEFENDANT TO COURT WITHOUT A WARRANT.

This Affidavit is made for the purposes of securing a warrant for the arrest of the said Defendant so that your sureties may
be released from that obligation on the bail bond.

SIGNED this_____4TH_____ day of___OCTOBER___, 20_05___.

113 E. 4th 79761
SURETY

113 E. 4th 79761
SURETY

THE STATE OF TEXAS

COUNTY OF___MARTIN___

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared known to
me  TOM BARKER
to be the persons whose names are subscribed to the foregoing instrument and acknowledged to me that they executed the same for
the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the_____4TH_____ day of___OCTOBER___

20__05__.

LULU RAMIREZ
Notary Public
State of Texas
My Commission Expires
November 16, 2006

Judy's Bonding        ASA Bonding
24 Hr. Phone          24 Hr. Phone
915/332-5061          915/332-5136

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

FILED___Oct.5__20 0 5
AT___10:00__o,clock_A._M
SUSIE HULL
District & County Clerk Martin Co., Texas
By_____,Deputy

000024

NO.   7871

| THE STATE OF TEXAS | IN THE     COUNTY     COUR |
|---|---|
| VS.   NICHOLAS ALFORQUE CASIANO | OF     STANTON     , TEXA |
| | MARTIN COUNTY     ~~JUDICIAL DISTRICT~~ |

### ORDER

CAME to be presented to the Court the Surety Motion for a warrant for the arrest of the Defendant in the above styled and

numbered cause and the Court having considered the Motion and Affidavit of the surety:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a warrant shall be issued for the arrest of the Defendan

NICHOLAS ALFORQUE CASIANO     in compliance with Code of Criminal Procedures, V.A.T.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the clerk of this Court issue a warrant for the arrest of

NICHOLAS ALFORQUE CASIANO     and that the Defendant be taken into custody by any sheriff

peace officer and/or magistrate and be returned to the sheriff of     MARTIN     County, Texas, to be held in

custody subject to further order of this Court.

SIGNED AND ENTERED this     5th     day of October     , 20     05

_Corky Blocker_
JUDGE PRESIDING

FILED     Oct. 5     , 20 05
AT     2.00     o, clock     P     M
SUSIE HULL
District & County Clerk Martin Co., Texas
By     ,Deputy

Judy's Bonding
24 Hr. Phone
915/332-5061

ASA Bonding
24 Hr Phone
915/332-5136


TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000025

SHAWN L. HOLLIDAY
4054 Utah Street
Suite No#8
San Diego, Calif. 92104
619-675-6533


CERTIFICATE OF SERVICE:

FOLLOWING PLEADINGS FOR THE DEFENDANT NICHOLAS ALFORQUE
CASIANO HAVE BEEN MAILED CERTIFIED BY FIRST CLASS POSTAGE TO
THE ADDRESS'S BELOW:

PLEADING- MOTION FOR PRE-TRIAL CONTINUANCE; *Not rec'd*
PLEADING- PRE TRIAL BRIEF *Not Rec'd*
PLEADING- WRITTEN PLEA OF NOT GUILTY
PLEADING- DEMAND FOR INDICTMENT OR FORMAL CHARGES *Not Rec'd*
PLEADING- ~~WRITTEN PLEA OF NOT GUIL~~TY

I, _*Shawn Holliday*_, CERTIFY THAT THE ABOVE PLEADINGS WERE
MAILED ON DATE SEPTEMBER 19, 2005 BY OF THE UNITED STATES POST
OFFICE, FIRST CLASS MAIL, TO FOLLOWING ADDRESS'S;

SUSAN HULL
DISTRICT AND COUNTY CLERK
MARTIN COUNTY
P.O. BOX 906
STANTON, TEXAS 79782-0906

JUDYS BONDING SERVICE
113 EAST 4TH STREET
ODESSA, TEXAS 79761

STANTON COURT
ATTN: JUDGE CORKY BLOCKER
IN THE COUNTY COURT
OF
MARTIN COUNTY, TEXAS
MARTIN COUNTY
P.O. BOX 906
STANTON, TEXAS 79782-0906


FILED _Oct. 11_, 20 _05_
AT _10:40_ o, clock _A._ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By_____,Deputy    000026

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE



*received only Written Plea Innocense*

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS                  :WRITTEN

*VS*                                :PLEA OF

                                    :INNOCENSE

NICHOLAS ALFORQUE CASIANO           :

---

Hearng Date :09-28-05
Time         : 09:00 am

AND NOW COMES THE DEFENDANT, NICHOLAS ALFORQUE

CASIANO AND HIS APPOINTED COUNSEL SHAWN L H. in the

above matter, before the honorable Judge Corky Blocker.

Under the Article 27.16. [520] [584][573] Plea of not Guilty, section
(B) it states "A defendant charged with a misdemeanor for which the
maximum possible punishment is by fine only may, in lieu of the
method provided in Subsection (a) of this article, mail to the court a
plea of not guilty. Acts 1965, 59th Leg., p317, ch. 722, Sec. 1, eff.
Jan.1, 1966. Amended by Acts 1977, 65th Leg., p. 2143, ch. 858, Sec.
2, eff. June 16, 1977.

The defendant, in the event that DEFENDANT'S MOTION FOR
A CONTINUANCE is not granted in this matter, and only in the event
that a continuance is not granted submits this written plea, under the
Article cited above, to the courts of:

## "NOT GUILTY"

Dated, 09-17-2005

Signed, 

Shawn L. H

FILED _Oct. 11_ ,20_05_
AT _10:40_ o. clock _A._ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ ,Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

00002

No. 7871

The State of Texas
Vs

Nicholas Alforque Casiano

In The County Court
of
Martin County, Texas

### Order of Pre-Trial Hearing and Jury Trials

To:    Defendant
       Box 84921
       San Diego Ca 92138
       Bondsman, of record
       ASA Bonding
       113 E 4th
       Odessa Tx 79761
       Attorney, of record
       Shawn L Holliday
       4054 Utah Ste #8
       San Diego Ca 92104

Pursuant to Art. 28.01, Texas Code of Criminal Procedure, you are hereby ORDERED to appear before this Court, at the Courthouse in Stanton, Texas, at **9:00 am, May 24, 2006, for a Pre-Trial Hearing**, in the above captioned cause. The pre-trial hearing shall be to determine any of the following matters:

1. Arraignment of the defendant, if such be necessary; and appointment of counsel to represent the defendant, if such be necessary;
2. Pleadings of the defendant;
3. Special pleas, if any;
4. Exceptions to the form or substance of the indictment or information;
5. Motions to suppress evidence – When a hearing on the motion to suppress evidence is granted, the court may determine the merits of said motion on the motions themselves, or upon opposing affidavits, or upon oral testimony, subject to the discretion of the court;
6. Motions for continuance either by the State or defendant; provided that grounds for continuance not existing or not known at the time may be presented and considered at any time before the defendant announces ready for trial;
7. Motions for change of venue by the State or the defendant; provided, however, that such motions for change of venue, if overruled at the pre-trial hearing, may be renewed by the State or the defendant during the voir dire examination of the jury;
8. Discovery;
9. Entrapment; and
10. Motion for appointment of interpreter.

All motions, pleadings, and exceptions must be filed no later than seven (7) days before the hearing.

You should be prepared to announce to the Court whether you want a jury trial, trial before the Court, or to plead guilty/nolo contendere.

Failure to appear at this hearing will forfeit your bond and a warrant for arrest may be issued. Your attorney must be present with you at this hearing. Attorneys ignoring this order will be held in contempt. If you have any questions concerning this case, call the **County Attorney at (432) 756-2838**.

FILED _May 5_ 20 _06_
AT _3:00_ o,clock _P_ M
SUSIE HULL
District & County Clerk-Martin Co., Texas
By _____ Deputy

_Corky Blocker_
Corky Blocker, County Judge
Martin County, Texas

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000028

MIDLAND / ODESSA TX 797

1670 U.S. POSTAGE $00.390 MAY 08 2006

1228 MAILED FROM ZIP CODE  79782

6543 00.390 MAY 08 2006  79782

NIXIE    921    1    21 05/16/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 79782090608    *2910-23470-08-02

Shawn L Holliday
4054 Utah Ste #8
San Diego Ca 92104

92104+2584

SUSIE HULL
DISTRICT AND COUNTY CLERK
MARTIN COUNTY
P.O. BOX 906
STANTON, TEXAS 79782-0906

FILED _____ May 16 20__
AT 9:50 o'clock ___ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ Deputy

000029

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

No. 7871

The State of Texas

Vs

Nicholas Alforque Casiano

In The County Court

of

Martin County, Texas

### Order of Pre-Trial Hearing and Jury Trials

To:    Defendant
        Box 84921
        San Diego CA 92138
        Bondsman, of record
        ASA Bonding
        113 E. 4th
        Odessa, TX 79761
        Attorney, of record
        Shawn L. Holliday
        4054 Utah #8
        San Diego, CA 92104

Pursuant to Art. 28.01, Texas Code of Criminal Procedure, you are hereby ORDERED to appear before this Court, at the Courthouse in Stanton, Texas, at 9:00 am, February 22, 2008, for a Pre-Trial Hearing, in the above captioned cause. The pre-trial hearing shall be to determine any of the following matters:

1. Arraignment of the defendant, if such be necessary; and appointment of counsel to represent the defendant, if such be necessary;
2. Pleadings of the defendant;
3. Special pleas, if any;
4. Exceptions to the form or substance of the indictment or information;
5. Motions to suppress evidence – When a hearing on the motion to suppress evidence is granted, the court may determine the merits of said motion on the motions themselves, or upon opposing affidavits, or upon oral testimony, subject to the discretion of the court;
6. Motions for continuance either by the State or defendant; provided that grounds for continuance not existing or not known at the time may be presented and considered at any time before the defendant announces ready for trial;
7. Motions for change of venue by the State or the defendant; provided, however, that such motions for change of venue, if overruled at the pre-trial hearing, may be renewed by the State or the defendant during the voir dire examination of the jury;
8. Discovery;
9. Entrapment; and
10. Motion for appointment of interpreter.

All motions, pleadings, and exceptions must be filed no later than seven (7) days before the hearing.
You should be prepared to announce to the Court whether you want a jury trial, trial before the Court, or to plead guilty/nolo contendere.
Failure to appear at this hearing will forfeit your bond and a warrant for arrest may be issued. Your attorney must be present with you at this hearing.  Attorneys ignoring this order will be held in contempt. If you have any questions concerning this case, call the County Attorney at (432) 756-2838.

FILED Feb. 7 , 20 08
At 4:30 o,clock P M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ Deputy

*Corky Blocker*
Corky Blocker, County Judge
Martin County, Texas



TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000030







UNITED STATES POSTAGE

PITNEY BOWES

02 1P    $ 000.41⁰
0003058114    FEB 08 2008
MAILED FROM ZIP CODE 79782

RECEIVED
Returned to
County Judges
office

00 02/19/08

NIXIE    921    DE    1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 79782133030    *2810-05089-08-34

Casiano, Nicholas Alforque #7811
Box 84921
San Diego CA 92138

3213074731330



UNITED STATES

PITNEY BOWES

02 1P    $ 000.41⁰
0003058114    FEB 08 2008
MAILED FROM ZIP CODE 79782

RECEIVED
2-20-08
Returned

00 02/15/08

NIXIE    921    DC    1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 79782133030    *2810-11026-08-38

Attorney For #7811
Nicholas A.
Casiano

Shawn L Holliday
4054 Utah #8
San Diego CA 92104

32104

COUNTY JUDGE
MARTIN COUNTY
P.O. BOX 1330
STANTON, TEXAS 79782

FILED _Feb. 26_ 20 08
AT _9:40_ o'clock _A_ M
SUSIE HULL
District & County Clerk Martin Co., Texas
_____ Deputy

COUNTY JUDGE
MARTIN COUNTY
P.O. BOX 1330
STANTON, TEXAS 79782

FILED _Feb. 26_ 20 08
AT _4:30_ o'clock _P_ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By _____ Deputy



TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY DISTRICT CLERKS OFFICE

000003

No. 7871

The State of Texas
Vs

Nicholas Alforque Casiano

In The County Court
of
Martin County, Texas

### Order of Pre-Trial Hearing and Jury Trials

To:    Defendant
       Nicholas Alforque Casiano
       PO Box 84921
       San Diego, CA 92138

       Bondsman, of record
       ASA Bonding
       113 E 4th
       Odessa, TX 79761

       Attorney, of record
       Shawn L Holliday
       4054 Utah #8
       San Diego, CA 92104

Pursuant to Art. 28.01, Texas Code of Criminal Procedure, you are hereby ORDERED to appear before this Court, at the Courthouse in Stanton, Texas, at <u>9:00 am. March 20, 2008, for a Pre-Trial Hearing</u>, in the above captioned cause. The pre-trial hearing shall be to determine any of the following matters:

1. Arraignment of the defendant, if such be necessary; and appointment of counsel to represent the defendant, if such be necessary;
2. Pleadings of the defendant;
3. Special pleas, if any;
4. Exceptions to the form or substance of the indictment or information;
5. Motions to suppress evidence – When a hearing on the motion to suppress evidence is granted, the court may determine the merits of said motion on the motions themselves, or upon opposing affidavits, or upon oral testimony, subject to the discretion of the court;
6. Motions for continuance either by the State or defendant; provided that grounds for continuance not existing or not known at the time may be presented and considered at any time before the defendant announces ready for trial;
7. Motions for change of venue by the State or the defendant; provided, however, that such motions for change of venue, if overruled at the pre-trial hearing, may be renewed by the State or the defendant during the voir dire examination of the jury;
8. Discovery;
9. Entrapment; and
10. Motion for appointment of interpreter.

All motions, pleadings, and exceptions must be filed no later than seven (7) days before the hearing.

You should be prepared to announce to the Court whether you want a jury trial, trial before the Court, or to plead guilty/nolo contendere.

Failure to appear at this hearing will forfeit your bond and a warrant for arrest may be issued. Your attorney must be present with you at this hearing. Attorneys ignoring this order will be held in contempt. If you have any questions concerning this case, call the **County Attorney at (432) 756-2838.**

FILED: March 5, 2028
AT: 2:00 o'clock P M
SUSIE HU
District & County Clerk Martin Co. Texas
By _____ Deputy



Corky Blocker, County Judge
Martin County, Texas

000032

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE



UNITED STATES POSTAGE

$ 000.41⁰
02 1P
0003064114    MAR 05 2008
MAILED FROM ZIP CODE 79782

RECEIVED
MAR 24 2008
County Judges
Office

NIXIE    921  DC 1        DO 03/13/09
       RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 79782133030   *2910-18418-05-38

Shawn L Holliday
Attorney for #78711
4054 Utah #8
San Diego CA 92104

92104+2557 DO12 o333

COUNTY JUDGE
MARTIN COUNTY
P.O. BOX 1330
STANTON, TEXAS 79782

FILED March 24, 20 08
AT 9:75 o'clock ___ M
       SHIP HULL
CLERK, County Judge Martin Co., Texas
By _____ Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000033

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIANO N. ALFORQUE | § | Case No. 3:08-CV-0613-WQH |
| | § | **ECF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| MARTIN COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIANO N. ALFORQUE | § | Case No. 3:08-CV-0613-WQH |
| | § | **ECF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| MARTIN COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF JAMES L. McGILVRAY

1.    "My name is James L. McGilvray. I am over the age of 21 years, am of sound mind, have never been convicted of any crime or offense, and am fully capable of making this declaration.

2.    "The statements made herein are true and correct and are made on personal knowledge and on the official records of Martin County, Texas ("the County"), made and kept in the ordinary course of the County's official business.

3.    "I am the County Attorney for Martin County, Texas. I have held this position since September of 1985. I am a custodian of records for the County Attorney's Office.

4.    "The criminal case against Mr. Casiano N. Alforque, State of Texas v. Nicholas Alforque Casiano, Cause No. 7871 in the County Court of Martin County, is still pending. Mr. Alforque has not entered into any plea agreement, nor have the charges against him been dismissed. No trial has been set in this matter, and an arrest warrant has been issued for Mr. Alforque.

5.    "A true and correct copy of the papers from my files having to do with the arrest of Mr. Alforque in 2005 and the charges filed against him are attached herewith as Attachment 1.

6.    "Other than these pending charges against Mr. Alforque and the warrant for his arrest, Martin County does not have any other relationship or course of dealings with Mr. Alforque.

"I declare under penalty of perjury under the laws of the United States of America that the statements contained in the foregoing Declaration are true and correct."

SIGNED on July 21, 2008.

James L. McGilvray

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIANO N. ALFORQUE | § | Case No. 3:08-CV-0613-WQH |
| | § | **ECF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| MARTIN COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# **Attachment 1**

# MARTIN COUNTY ARREST REPORT

| DATE: 5/18/2005 | TIME: 12:44 | ID NUMBER: 5075 | BOOKING NUMBER: 17271 |
|---|---|---|---|

| NAME: Ilforque, Casiano Nicholas | | DOB: 12/18/1969 | SEX: Male | RACE: Black |
|---|---|---|---|---|

| AGE 35 | EYES Brown | HAIR Black | HGT 602 | WGT 240 | DL NUMBER C6688687 | DL STATE CA | SOC. NUMBER 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 |
|---|---|---|---|---|---|---|---|

| MAILING ADDRESS: PO BOX 84921 | CITY SAN DIEGO | STATE CA | ZIP 92138 |
|---|---|---|---|

STREET ADDRESS OR PHYSICAL LOCATION OF INMATE: 4455 FEDERAL BLVD SUITE 54

| 2ND ADDRESS: | CITY | STATE | ZIP |
|---|---|---|---|

| PLACE OF BIRTH: CA | HOME PHONE: 619-675-6533 | EMERGENCY CONTACT: MARY HOLIDAY | RELATION: MOTHER |
|---|---|---|---|

| EMERGENCY CONTACT PHONE / ADDRESS: 619-602-2255 | DATE & TIME OF ARREST: 5/18/2005  12:44:14 | ARRESTING AGENCY: THP |
|---|---|---|

| LOCATION OF ARREST: | ARRESTING OFFICER: NEFF |
|---|---|

| VEHICLE IMPOUNDED: | WHERE: | YEAR: | MAKE: | LICENSE NUMBER: |
|---|---|---|---|---|

| Charge | Warrant # | Class | Arrest Aurthority | Bond / Fine Amount |
|---|---|---|---|---|
| POSSESSION OF A | | | THP | |
| | | | | |
| | | | | |
| | | | | |

## PROPERTY INTAKE

| | | | Other | | Other | |
|---|---|---|---|---|---|---|
| Wallet: 1 | Cap: | | | CHECK BOOK | | |
| Purse | Coat | | | | | |
| Purse | Shirt | | | | | |
| Knife | Pants | | | | | |
| Glasses | Shoes | | | | | |
| Belt | Socks | | | | | |

## MONEY INTAKE

| Currency | Coins | Checks | Total | NOTES: |
|---|---|---|---|---|
| | | | | |

| BOOKING OFFICER: JESSICA SAENZ | INMATE SIGNATURE: X | WITNESS: |
|---|---|---|

## RELEASING INFORMATION

| RELEASE DATE & TIME: 05/19/2005  12:26 | DISPOSITION: 106 / Bail | BOND COMPANY: ASA Bonding |
|---|---|---|

| RELEASING OFFICER: *Jessica Saenz* | INMATE SIGNATURE: X |
|---|---|

BY THE INMATES SIGNATURE THE INMATE STATES THAT HE/SHE HAS RECEIVED ALL PROPERTY AND MONEY.

I Casiano Alforo — release all my property to Alvis Ferna
on 5.18.05.

000038

NOTICE OF WITHDRAWAL

To: Whom it may concern                                    Date: 05-18-05

From: Trooper Aaron A Neff

                                                           Division:  Texas Hwy Patrol

Subject: Withdrawal of complaint-Casiano N. Alforque


I, Trooper Aaron A. Neff do not wish to file charges on Casiano Nicholas Alforque regarding the
complaint that I issued on 5-18-05 for possession of controlled substance under penalty group I of the
Texas Health and Safety Code. *I filed A New Complaint for possession of CS < 1gram - Penalty Group "3 (MA)*

Thank You,

Aaron A. Neff

IN the Name and by Authority of the State of Texas:

BEFORE ME, the under sighed authority, on this day personally appeared _____ _Aaron A Neic_

who, after being duly sworn, on oath deposes and says. That heretofore, to-wit, on or about the _18TH_ day of _May_ A.D., 2004, and before the making and filing of this Complaint, in the County of Martin and State of Texas, _CASIANO  NICHOLAS  ALFONQUE_

did then and there unlawfully*  _Poss of CS Pg 1_
_Possessi I N His Vehicle ;. To w,t  A  2004_
_Honda  Civic  CA LP#  56  JX08 9   stopped for failure To signal._
_Lane change   IH-20  westbound  152 mm.   Possessed  2  bottles_
_of pills  prescribed  to  different  name on Bottle. 1 bottle_
_was  unidentified  by  label but  identified  by  pill  as  hydrocodone_
_Subject was  identified  by  Name + DOB  as  Casiano  Nicholas_
_Alforque.  B-M-  12-18- 69 -_

against the peace and dignity of the State.

_____
Complainant

Sworn to and subscribed before me, this _18TH_ day of _MAY_ , A.D., 2004

_____
Justice of the Peace
☐  Precinct No. 1, Martin County, Texas
☐  Precinct No. 2, Martin County, Texas

* Here Described specifically the offense committed.

LPC J-0144

# THE STATE OF TEXAS

E- *6417*

# COUNTY OF MARTIN

I, **Corky Blocker**, Judge of the Justice of the Peace, Precinct court of Martin County, Texas do hereby certify that **Casiano Nicholas Alforque** appeared before me at *2:00* PM, on the 18th day of May, 2005, in Martin County, Texas.

You are hereby advised that you have been charged with **Possession Of A Controlled Substance a State Jail Felony**.

That you have the right to have a lawyer and if you cannot afford one, you have the right to request the appointment of a lawyer; that you have the right to have a lawyer present during any interview with peace officers or lawyers representing the state; that you have the right to stop then interview at any time; that you have the right to have an examining trial (if the charge is of Felony Grade offense); that you have the right to remain silent, and that you do not have to make any statement at all, but any statement you do make may be used against you. Do you request appointment of a lawyer?

In witness whereof, I have subscribed my name this 18th day of **May, 2005.**

Bail set at:$ *2500.00*

*Corky Blocker*
Magistrate Corky Blocker
Justice of the Peace #
Martin County, Texas

After having given the above warnings to the accused, he acknowledged in my presence that he understood the warnings given to him by me.

*Corky Blocker*
Magistrate Corky Blocker

## ACKNOWLEDGMENT

I, **Casiano Nicholas Alforque**, hereby acknowledge that I have had the above and foregoing explained and that I do understand the same.

_____            _____
Witness                                            Accused

## WAVIER

Also, by my signature below, I do hereby waive each and all of the foregoing rights, and I do desire to discuss the matter with investigative officials.

**Signed in the presence of the above Magistrate**

_____            *refused*
                                                    **COUNSEL**

Further, I asked the accused whether he/she wanted to request the appointment of counsel, and he/she responded that he/she (did) (did not) request the counsel be appointed.

_____
Defendant

Signed before me on this the **18th day of May, 2005.**

*Corky Blocker*
Magistrate Corky Blocker

**GENERAL COMPLAINT**

**In the Name and by Authority of the State of Texas:**

BEFORE ME, the undersigned authority, on this day personally appeared ___*AARON A NEFF*___

who, after being by me duly sworn, on oath deposes and says. That heretofore, to-wit, on or about the
_18TH_ day of __MAY__ , A.D., 20_05_ , and before the making and filing of this Complaint,
in the County of Martin and State of Texas, __*CASIANO   NICHOLAS   AFORQUE*__

did then and there unlawfully* _Possess   a   Controlled   Substance   (PG-3) Lortab (igr_
_Town: Casiano's  Vehicle - A  2004  Honda  Civic   CALP# 5GJ-X088_
_was  stopped  Traveling  Westbound  on  IH-20  mm #152 for Failing to_
_Signal  lane  change,  Vehicle  was  searched  and  did  possess in_
_glove  compartment  Two  bottles  of  pills (1 with no  name, 1 prescribed to_
_different  Name). Unmarked  bottle  was  identified  as  Lortab  (PG-3) (MA)_
against the peace and dignity of the State.

_____
Complainant

Sworn to and subscribed before me, this_____ day of _____ , A.D., 20_____ .

_____
Justice of the Peace,
❏ Precinct No. 1, Martin County, Texas
❏ Precinct No. 2, Martin County, Texas

LPC J-0144

*Here describe specifically the offense committed.

000042

## THE STATE OF TEXAS

E- 6417

## COUNTY OF MARTIN

I, **Corky Blocker,** Judge of the Justice of the Peace, Precinct court of Martin County, Texas do hereby certify that **Casiano Nicholas Alforque** appeared before me at _8:25_ AM, on the 19th day of May, 2005, in Martin County, Texas.

You are hereby advised that you have been charged with **Possession Of A Controlled Substance  a  Class "a" Misdemeanor.**

That you have the right to have a lawyer and if you cannot afford one, you have the right to request the appointment of a lawyer; that you have the right to have a lawyer present during any interview with peace officers or lawyers representing the state; that you have the right to stop then interview at any time; that you have the right to have an examining trial (if the charge is of Felony Grade offense); that you have the right to remain silent, and that you do not have to make any statement at all, but any statement you do make may be used against you. Do you request appointment of a lawyer?

In witness whereof, I have subscribed my name this 19th day of May, **2005.**

Bail set at:$ _1000 ⁰⁰_

_Corky Blocker_
Magistrate **Corky Blocker**
Justice of the Peace #
Martin County, Texas

After having given the above warnings to the accused, he acknowledged in my presence that he understood the warnings given to him by me.

_Corky Blocker_
Magistrate **Corky Blocker**

### ACKNOWLEDGMENT

I, Casiano Nicholas Alforque, hereby acknowledge that I have had the above and foregoing explained and that I do understand the same.

_Witness_

_Accused_

### WAVIER

Also, by my signature below, I do hereby waive each and all of the foregoing rights, and I do desire to discuss the matter with investigative officials.

**Signed in the presence of the above Magistrate**

### COUNSEL

Further, I asked the accused whether he/she wanted to request the appointment of counsel, and he/she responded that he/she; (did) (did not) request the counsel he appointed.

_Defendant_

Signed before me on this the 19th day of **May, 2005.**

_Corky Blocker_
Magistrate **Corky Blocker**

TLE-1 (1/94)

TEXAS DEPARTMENT OF PUBLIC SAFETY
TRAFFIC LAW ENFORCEMENT DIVISION
OFFENSE REPORT

_____ TRAFFIC
__X__ CRIMINAL
_____ SCHOOL NOTIFICATION
REQUIRED (ART. 15.27 CCP)

REPORT DATE:    05/24/05

FILE TITLE

1.   Casiano, Nicholas Alforque
2.   PO Box 84921
3.   Sandiego, CA 92138
4.
5.

SID # _____  DL # ___  C-6688687
ID # _____  DOB    12-18-69

OTHER:    SS# 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

INVESTIGATING OFFICER:

TYPED NAME:    AARON A. NEFF        ID-NR:    11008

SIGNATURE:

REGION/DISTRICT/SGT. AREA:    4-A-01

APPROVING SUPERVISOR:

TYPED NAME:                        ID-NR:

SIGNATURE:

RPT-RE:    Possession of Controlled Substance-Penalty Group III< 28 grams (MA)

COMPLETE IF TRAFFIC OFFENSE AND CHEMICAL TEST IS OFFERED:

TEST OFFERED:  BREATH ___  BLOOD ___  URINE ___  NONE ___    TEST GIVEN:  BREATH ___  BLOOD ___  URINE ___  REFUSED ___  NONE ___

TEST RESULT:  1) _____  2) _____    DIC-23 SUBMITTED:  YES ___  NO ___    OPERATOR ID # _____

| DEFENDANT(S) | OFFENSE(S) | COUNTY | DATE/TIME |
|---|---|---|---|
| Casiano, Nicholas Alforque | Poss. of CS -PG -3<28 grams | Martin | 05-18-05 10:20 AM |

## SYNOPSIS:

On 5-18-05 I stopped a vehicle for a traffic violation. The driver was found to be in possession of a controlled substance. I arrested the driver and transported him to Martin County where he was booked into jail and released to the Martin County staff.

## DETAILS:

1.   On 5-18-05 at approximately 10:20 AM I was patrolling Martin County at about the 154 mm. I was on patrol with my partner Trooper Carlos Salgado.

2.   Trooper Salgado and I observed a black, Honda Civic traveling westbound. The vehicle's windows had extremely dark tint on them.

3.   I turned around on the vehicle and approached the vehicle from behind. At this point the vehicle was at about the 152 mm westbound on IH-20.

4.   I observed that the vehicle had California license plates so I was not going to make a traffic stop on it for the tint violation.

5.   As I followed behind the vehicle it changed lanes from the left lane to the right lane without signaling and then it straddled the center lane divider.

TLE-1 Continuation (1/94)

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
**TRAFFIC LAW ENFORCEMENT DIVISION**
**OFFENSE REPORT**

Page: _2 of 4_

| FILE TITLE: Casiano, Nicholas Alforque | COUNTY: Martin |
| INVESTIGATING OFFICER: AARON A NEFF | REPORT DATE: 05/24/05 |

6. I turned on my emergency lights and the vehicle pulled over to the right improved shoulder where it came to a stop.

7. I approached the vehicle and explained the violation to the driver. I asked the driver to step out of the vehicle and explained to the driver that he would receive a warning for the violation.

8. The driver identified himself by his California Driver's license as Nicholas Alforque Casiano.

9. I spoke with Casiano and his wife and I asked them questions pertaining to their travel plans. I found that they had discrepancies in their stories.

10. Casiano and his wife had discrepancies in their stories regarding the length of time their trip was and the hotels they stayed at.

11. The more questions that I asked, the more nervous that Casiano and his wife became.

12. I explained to Casiano that the answers he was giving to my questions were conflicting to the answers that his wife had given me.

13. I asked Casiano if I could search his car and he refused to let me search.

14. I explained to Casiano that I was going to have a K-9 unit search his car.

15. Trooper Salgado called for a DPS K-9 unit however none were available. Officer Hendricks from the Midland Police Dept. arrived on scene with his canine, Gunney.

16. The canine alerted on the front portion of the vehicle and I searched the car. In the glove box was located two orange pill bottles. One of the bottles was a prescription for Amoxycilin and was prescribed to Mary Holiday. The other Pill bottle had no prescription on it.

17. Casiano stated that he did not realize the bottles were in the car and stated that they were his mothers.

18. Officer Hendricks called a local pharmacist in regards to the unidentified pills and gave the description of the pills to the pharmacist.

19. The pharmacist confirmed that the pills were Lortab. (CS-PG-3).

20. I arrested Casiano for possession of a controlled substance and secured him in handcuffs. I secured Casiano in my patrol car and released the vehicle to his wife.

TLE-1 Continuation (1/94)

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
**TRAFFIC LAW ENFORCEMENT DIVISION**
**OFFENSE REPORT**

Page: __3 of 4__

| | |
|---|---|
| FILE TITLE:   Casiano, Nicholas Alforque | COUNTY:   Martin |
| INVESTIGATING OFFICER:   AARON A NEFF | REPORT DATE:   05/24/05 |

21. I transported Casiano to the Martin County jail and explained to Casiano his Miranda rights.

22. Casiano was booked into jail and released to the custody and care of the Martin County jail staff.

## WITNESS(ES):

Aaron A. Neff-Trooper
Texas Dept. Of Public Safety
2405 S Loop 250 West
Midland, TX 79703
432-498-2100

All aspects of the case

Carlos J. Salgado-Trooper
Texas Dept. of Public Safety
2405 S Loop 250 West
Midland, TX 79703
432-498-2100

All aspects of the case

Oscar Villareal-Trooper
Texas Dept. of Public Safety
2405 S Loop 250 West
Midland, TX 79703
432-498-2100

Arrived on scene after initial traffic stop.

Michael Hendricks
Midland PD K-9 officer
Midland PD -601 N Loraine
432-685-7110

K-9 Search

## EVIDENCE:

*DESCRIPTION:*
1 unmarked prescription bottle containing Lortab
1 bottle of pills prescribed to Mary Holiday

*DISPOSITION:*
Sent to Midland DPS crime lab for analysis
Sent to Midland DPS crime lab for destruction

## VEHICLE(S):

000046

TLE-1 Continuation (1/94)            **TEXAS DEPARTMENT OF PUBLIC SAFETY**            Page: ___4 of 4___
                                     **TRAFFIC LAW ENFORCEMENT DIVISION**
                                                **OFFENSE REPORT**

FILE TITLE:    Casiano, Nicholas Alforque                COUNTY:    Martin

INVESTIGATING OFFICER:    AARON A NEFF                   REPORT DATE:   05/24/05

## WEAPONS:

### DESCRIPTION:

NONE

### DISPOSITION:

N/A

## VICTIM(S):

000047

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
**Information for Jail Register**

Name of accused ___ CASTARO ___ NICACESIO MENDOZA ___

Race ___ H ___ Sex ___ M ___ Age ___ 25 ___

Height ___ 5-7 ___ Weight ___ 200 ___ Hair ___ BL ___ Eyes ___ BR ___

Scars, Marks, or Deformities: ___ TATOO / PANCHA ON CHEST ___

Charge ___ POSS OF CONTROLLED SUBSTANCE PG-1 ___

Placed in City/County Jail at ___ HARDIN CO. JAIL ___ Texas.

Time ___ 12:20P ___ Date ___ 05-15-08 ___ By ___ NEEL ___

Prisoner received by ___ [signature] ___

HQ-25 (5/91)    Title ___

000048

```
--------------------------------------------------------
UnitNo: 4116
Disp Status: NEW
Return Type: DL Check
Identifier String: ALFORQUE, CASIANO NICHOLAS U/M 12/18/1969   / CA/C6688687
SOC:
Query Return:
FROM: NLT#   TO: 18X1
05/24/05   18:22:50


DR.CAOLN0000
16:25 05/24/2005 17290
16:25 05/24/2005 17433 TXDPS18X1
*X&7839&XXX
TXT
NAME/ALFORQUE CASIANO NICHOLAS
ADDR/4455 FEDERAL BLVD APT 54. SAN DIEGO, CA.
AKA NAME/HOLIDAY ALEX RAY JR
SEX/M. DOB/19691218. HGT/602. WGT/240. HAI/BLK. EYE/BRO.
OLN/C6688687. EXP 12/18/07
RSTR:NONE
STATUS:VALID
 RBM 2*
END


--------------------------------------------------------




--------------------------------------------------------


UnitNo: 4116
Disp Status: NEW
Return Type: DL Check
Identifier String: HOLIDAY, ALEX NICHOLAS B/M 12/18/1969   / CA/C6688687
SOC:
Query Return:
FROM: NLT#   TO: 18X1
05/24/05   18:16:31


DR.CAOLN0000
16:18 05/24/2005 17131
16:18 05/24/2005 17271 TXDPS18X1
*X&7831&XXX
TXT
MATCHED ON:*L/N*F/N* BD
NAME/ALFORQUE CASIANO NICHOLAS
ADDR/4455 FEDERAL BLVD APT 54. SAN DIEGO, CA.
AKA NAME/HOLIDAY ALEX RAY JR
SEX/M. DOB/19691218. HGT/602. WGT/240. HAI/BLK. EYE/BRO.
OLN/C6688687. EXP 12/18/07
RSTR:NONE
STATUS:VALID
 RBM 2*
END


--------------------------------------------------------
```



**CALIFORNIA**
**DRIVER LICENSE**
EXPIRES 12-18-07   C6688687.   CLASS:C

CASIANO NICHOLAS ALFORQUE
4455 FEDERAL BLVD SUITE 545
SAN DIEGO CA 92102

SEX:M   HAIR:BLK   EYES:BRN
HT:6-02   WT:240   DOB:12-18-69

12/09/2002 235 RS  FD/87

AKA
- Alex Holiday

B·M


ALVIS HILDA
    HERNANDEZ

B/F - DOB - 9-27-84
SCARS ON NECK/CHE

7871

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS                    : DEMAND FOR

VS                                     : INDICTMENT

                                       : OR INFO. OF

NICHOLAS ALFORQUE CASIANO        :CHARGES

_____

Hearng Date :09-28-05
Time          : 09:00 am

AND NOW COMES THE DEFENDANT, NICHOLAS ALFORQUE

CASIANO AND HIS APPOINTED COUNSEL SHAWN L H. in the

above matter, before the honorable Judge Corky Blocker. The

defendant in this matter is requesting, under Article 25.04...........

Article 25.04 [490] [554] [543] in misdemeanor.........wherein it
states that "In misdemeanors, it shall not be necessary before trial to
furnish the accused with a copy of the indictment or information; but
he or his counsel may demand a copy, which shall be given as early as
possible.
............that a written copy of the indictment(s) or formal charges be

furnished to the defendant as expeditiously as possible.

Dated, 09-17-2005

Signed,


Shawn L. H

006051

# IN THE COUNTY COURT OF

# MARTIN COUNTY TEXAS

THE STATE OF TEXAS                    :

*VS*                                  :    **Request for**

                                      :    **Continuance**

NICHOLAS ALFORQUE CASIANO    :    **of Pre-trial**

                                      :    **Hearing**

_____

Hearing Date: 09-28-05
Time        : 09:00 am

AND NOW COMES THE DEFENDANT NICHOLAS ALFORQUE CASIANO, in the above matter before the court on the above this date September 17, 2005 for the purpose of requesting a continuance of the Pre Trial Hearing. The defendant deems this request for the continuance of the Pre-Trial Hearing as necessary and vital for the assurance of a fair and expeditious trial.

Due, in fact, to the overwhelming forces of nature, i.e. hurricane Katrina, travel at this point in time would be next to near impossible for me along the routes prescribed to reaching your courts. As our President has stated, travel should be kept to a minimum due to the catastrophe and souring gas prices. In this instance it is common sense to respect the

4. That the witness is not absent by the procurement or consent of the witness.
5. The motion is not made for delay.
6. That there is no reasonable expectation that the attendance of the witness can be secured during the present term of court by a postponement of the trial to some future day of said term.

Act 1965 59th Leg., p 317, ch 722, Sec 1, eff. Jan 1, 1966

Although the defendant has not been issued a trial date, the defendant counsel deems it necessary to set a continuance further down the calendar so as to effectively interview the following witness's on defendants witness list for purposes of analyzing the case for an anecdote which may fall under Article 27.08

Article 27.08[511] [575] [564] Exception to substance of indictment
No exception to substance of indictment except that it does not appear therefrom that an offense against the law was committed by the defendant.

Witness List:

Rodney Thalen, Agent State Farm Insurance, San Diego, California
David Kupfer, Dr., Office of Dr. David Kupfer, San Diego, CA
Mary J. Holiday, Treasurer, San Diego Black Advocacy Group Inc.
Alvis H. Fernandez, President/Owner San Diego Black Advoc. Group

Counsel for defendant request that a continuance date be granted in this matter from the original Pre-Trial Hearing Date September 28, 2005 to a Hearing date January 2006.

Date, 09-17-2005

Shawn L H.

Signed,

000053

# IN THE COUNTY COURT OF
# MARTIN COUNTY TEXAS

**THE STATE OF TEXAS**                    :

*VS*                                                :

                                                        :

**NICHOLAS ALFORQUE CASIANO**    :

---

Hearng Date :09-28-05
Time        : 09:00 am

*Brief:*

      AND NOW COMES THE DEFENDANT NICHOLAS ALFORQUE CASIANO, in the above matter before the court on the above described date for the purpose of Pre Trial Hearing. The defendant is submitting this brief for the soul purposes of enlightening the courts knowledge as to the reasons for this hearing today.

      On May 17, 2005, said defendant was proceeding through the date of Texas on his way back to California subsequently departing from the State of Georgia on Company business. While proceeding down highway interstate 20 at approximately 10:00 am in the morning, the defendant was hailed over to the side shoulder of the interstate by the state trooper now known to the defendant as Trooper Arron Neff.

000054

Trooper Arron Neff disbursed from his patrol car and approached to the left driver's side of the defendant's business vehicle and asks for defendant's license of which the defendant produced upon request. After being able to produce said documentation, Trooper Aaron Neff then alerted the defendant as to the reason for the stop. Trooper Aaron Neff stated the he and his partner witness the vehicle in question swerving from side to side over the center divider, at which time the defendant stated that he was not aware that the vehicle was swerving in such a fashion and that he'd try to be more careful.

Trooper Aaron Neff then stated that he was going to run a check on the license defendant produced and would be back and furthermore, if everything checked out clean he would send the defendant on his way with a warning for the tinted windows on both sides of the drivers side and passenger side doors, as the law does not permit tinted windows, on the described areas, in the state of Texas. Trooper Aaron Neff returned to the vehicle and asks the defendant to disburse from the vehicle and accompany him to the side shoulder of the road next to his patrol unit.

Trooper Aaron Neff then stated to the defendant that he should be aware that tinted windows on the above described areas were not permitted in the state of Texas and that he was going to issue a warning

citation. Afterward the trooper began asking personal questions such as were the defendant was coming from and were he was going. The defendant responded to the query of questions and, subsequently, was patted down and searched along side the road, the trooper stated it was for their protection.

The trooper then left me on the side of the road awaiting his return as he had left, briefly, to query defendant's wife as to the reason for her being on the road that day. The trooper then returned and stated that our stories did not match up and that he had suspicion that we, defendants wife and defendant, were conducting some kind of illegal activity. Defendant assured the trooper that this was not the case.

A request for a search ensued and the defendant declined the advancements of the trooper to conduct a search of the Company Vehicle in question, defendants reasons were due to the personal effects of other Co-Workers and the Confidentiality of legal documents which frequented the Vehicles Trunk compartment and interior and furthermore the defendant and his wife had been driving for two and one half days and were tired and very much in need of showers, the whole ordeal was contrite to say the least and defendant was not fully in control of all mental faculties at the present time.

At that point, the trooper became very agitated by the defendants response and proceeded to enquire onto the defendants wife as to whether or not the search could be conducted or not. The defendant's wife asks defendant what was going on and defendant replied, "They want to search the vehicle, and I would not consent to it and neither should you." The trooper then ask for the registration and insurance to the vehicle and ran a check on said vehicle, discovering that the vehicle was registered to the defendants wife, Alvis H. Fernandez, whom was present.

The trooper then stated that if he could not search the vehicle that he was going to request a police K-9 to come and sniff the parameter of the vehicle in hopes of turning up some large amount of cash or elicit illegal drug/drug paraphernalia. A second squad car then arrived and a second trooper alerted the defendant of the following, "hey look, you gotta understand, we don't know you so we have to do what we gotta do to get to the bottom of things. The defendant, again, assured the troopers that there was nothing to get to the bottom of.

The defendant and his wife, whom was asked to disburse from the vehicle, waited 2 hours on the side shoulder of the road, being told that a K-9 was on his way several times and to be patient. Again, the whole ordeal was a nightmare to say the least. The K-9 arrived and sniffed the parameter of the vehicle finding nothing as the defendant and his wife

observed no signs of alerts other than the K-9 fully circling the vehicle approaching it none whatsoever. Afterward, the troopers huddled a full 3 minutes at which afterward trooper Aaron Neff approached the defendant stating that the K-9 had observed a hot spot at the front end of a fiberglass bumper frame, which anyone could clearly see through and say that there was nothing there, and that they were going to have to conduct a search themselves of which the K-9 would be an integral part of.

The troopers then proceeded to place the K-9 inside the vehicle wherein it rampaged and stepped onto several personal artifacts belonging to both the defendant and the Company. The K-9 turned up nothing. Afterward, the troopers began conducting a search of the entire vehicle, turning it inside out, and finding nothing. The troopers then proceed to go through the vehicles glove compartment wherein they turned up 2 small medicine bottles of what was latter discovered to be generic penicillin under the name of Mary J Holiday, the defendants Mother and a registered operator of the vehicle in question and a generic brand substance believed to be of a codeine base, which the defendant openly stated that it was a prescription belonging to himself. Furthermore, the defendant state that he had a prescription for the medicine in his brief case and that the trooper could contact his physician to validate that it was, in fact, his prescription medicine as the label on the bottle could not validate the defendant's statement due to the dilapidated state of the bottle the medicine was inside.

The trooper did not elect to escort the defendant over to the brief case in question to check and validate the statements being made by the defendant, trooper Aaron Neff did not elect to call the defendants physician to substantiate that the defendant in fact had a prescription to carry the medicine in question, the troopers didn't elect to contact the Companies Insurance Carrier, State Farm to substantiate the vehicle in question was in fact a Company vehicle and that Mary J. Holiday was a registered operator of said vehicle in question and that by law, any vehicle operated for business and registered to more than one operator may in fact have personal effects of said registered operator in a safe and secured area such as the glove box, in this case a bottle of penicillin prescribed to Mary J. Holiday.

What the trooper did elect to do was place the defendant under arrest and hauls him off to jail for what the defendant views as a false arrest. The trooper did not explore all the facts and all the materials which were prevalent, but instead, because of the wasted time which had already expired, made a decision which was in no way merited in light of the circumstances.

The defendant intends on proving the following,

1)  The quote in quote "codeine" based medicine did in fact belong to

him legally, and was legally prescribed to him by his physician,

this accomplished by a signed letter of fact from the physician

stating that the medicine in question was prescribed to the

defendant.

2)  The generic penicillin was inside the glove box of the Company

vehicle operated by Mary J. Holiday an officer of the Company,

this being accomplished by providing documentation showing that

Mary J. Holiday has been on the Business Policy with State Farm

Business Insurance as an assigned driver of said vehicle in

question for the past 2 years and furthermore an Affidavit from

Mary J. Holiday stating that she keeps her penicillin prescription in

said box of the Company Vehicle.

3)  That the arrest made my trooper Aaron Neff, thereby detaining

defendant Casiano N. Alforque against his will, was false in

production, as the Registered owner of the vehicle, Alvis H.

Fernandez, was present and accounted for at the scene of the stop

and furthermore inside the vehicle during the stop and therefore, in

relation to the Registered owner of the vehicle being in full

possession of the said vehicle should have been at fault for any

violation found within the vehicle until such time the discovery

was made that the vehicle in question was a Company vehicle used

for business purposes only of which trooper Aaron Neff was
advised of.

Dated, 09-17-2005

Signed,

Shawn L. H

SEP 2 3 2005

SHAWN L. HOLLIDAY
C/O NICHOLAS ALFORQUE CASIANO
P.O. BOX 23394
SAN DIEGO, CA 92123


PLEASE FORWARD ALL FUTURE COROSPONDENCE TO THE ABOVE
ADDRESS IN THE MATTER OF :

STATE OF TEXAS  VS. NICHOLAS ALFORQUE CASIANO  7871

000062

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIANO N. ALFORQUE | § | Case No. 3:08-CV-0613-WQH |
| | § | **ECF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| MARTIN COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIANO N. ALFORQUE | § | Case No. 3:08-CV-0613-WQH |
| | § | **ECF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| MARTIN COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF CHARLES T. BLOCKER

1.      "My name is Charles T. Blocker. I am over the age of 21 years, am of sound mind, have never been convicted of any crime or offense, and am fully capable of making this declaration.

2.      "The statements made herein are true and correct and are made on personal knowledge and on the official records of Martin County, Texas ("the County"), made and kept in the ordinary course of the County's official business.

3.      "I am the County Judge for Martin County, Texas. I was elected to this position in November of 1998.

4.      "Aaron A. Neff, the Texas State Trooper, or Texas Highway Patrol officer, who arrested Mr. Casiano N. Alforque on May 18, 2005 on Highway 20 in Martin County, Texas, is not an officer of the County. No officer or employee of the County participated in this search and arrest of Mr. Alforque in Martin County in 2005.

5.      "On May 5, 2005, on the basis of a Motion to Obtain Warrant for the arrest of Casiano N. Alforque by Tom Barker, the Surety on the appearance bond of Mr. Alforque, I issued a warrant for the arrest of Mr. Alforque. A true and correct copy of that Motion to Obtain Warrant and the arrest warrant are attached to this Declaration as Attachment 1.

6.      "The County is a political subdivision of the State of Texas, formed under the laws of that State, with its office and principal place of business in Stanton, Martin County, Texas. All of the County's offices are maintained solely within the territorial limits of Martin County.

7.      "The County does not have any office or other facility in California, and it does not have any officials, employees, agents, or representatives who work, reside, or maintain offices in California. The County does not employ any personnel in California.

8.      "The County is not licensed to conduct, and it does not conduct, any business, official or otherwise, in California, and it does not have any contracts with any California companies.

9.      "The County's official activities are solely directed to the safety, health, welfare and other public interests of those persons who reside within its jurisdiction. The only contact the County might have with California is only incidental to those activities related to its residents' interests.

10.     "The County does not own, control, manage or otherwise have any economically beneficial interests in any entity located in California.

11.     "The County has not been subject to or paid any taxes in California.

12.     "The County does not appear in or conduct official business activities in California on any basis, regular, routine or otherwise, for any reason. The County does not maintain any bank accounts, investments or funds in California.

13.     "The County does not advertise in California."

"I declare under penalty of perjury under the laws of the United States of America that the statements contained in the foregoing Declaration are true and correct."

SIGNED on July 21, 2008.

Charles T. (Corky) Blocker

000066

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CASIANO N. ALFORQUE

       Plaintiff,

MARTIN COUNTY, TEXAS,

       Defendant.

§
§
§
§
§
§
§
§
§
§

Case No. 3:08-CV-0613-WQH
**ECF**

# **Attachment 1**

# JUDY'S BONDING

113 EAST 4TH STREET    •    PHONE 915/332-5061

ODESSA, TEXAS 79761


*Date: October 4th, 2005*


*To:    Martin County Court House*
*County Clerks(criminal)*
*P.O Box 906*
*Stanton, Texas 79782-0906*


*State Of Texas Vs:: Nicholas Alforque Casiano        Case # 7871*


*Dear Sirs:*

*Enclosed you will find a motion to go off bond on the above referenced style and numbered case. Please have a judge sign order to off bond.*

*I would appreciate it if you would forward us a copy of the signed motion once the warrant has been issued. Enclosed you will find a self addressed stamped envelope for your convenience.*

*Thank you for your attention and courtesy regards this matter.*


*Sincerely,*

*Maria Cavazos*
*Court coordinator*


FILED _Oct 5_ , 20 _05_
AT _10:00_ o. clock _A_ M
**SUSIE HULL**
District & County Clerk Martin Co., Texas
By _____ ,Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000068

NO. ___7871___

THE STATE OF TEXAS                                    IN THE_____COUNTY_____COUR

VS.   NICHOLAS ALFORQUE CASIANO                       OF _____STANTON_____,TEXA

                                                     ___MARTIN COUNTY___~~JUDICIAL DISTRIC~~

## AFFIDAVIT

NOW COMES   TOM BARKER/ASA BONDING                                          sureties on th
appearance bond in the above numbered cause, both of whom are over the age of twenty-one (21) years, who have nev
been convicted of a felony, and who are both competent to swear to the following matters of fact:

The Defendant has failed to   COMPLAY WITH CONTRACTUAL AGREEMENT MADE WITH THIS COMPANY

_____UPON POSTING THIS BOND ON 5-19-05. HE WILL NOT RETURN CALLS TO THE OFFICE AND I_____

_____FEAR THAT WE CANNOT PRODUCE DEFENDANT TO COURT WITHOUT A WARRANT._____

This Affidavit is made for the purposes of securing a warrant for the arrest of the said Defendant so that your sureties may
be released from that obligation on the bail bond.

SIGNED this_____4TH_____day of_____OCTOBER_____, 20_05_____.

                                          113 E. 4th 79761
                                          SURETY

                                          113 E. 4th 79761
                                          SURETY

THE STATE OF TEXAS

COUNTY OF_____MARTIN_____

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared known t
me   TOM BARKER
to be the persons whose names are subscribed to the foregoing instrument and acknowledged to me that they executed the same for
the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the_____4TH_____day of_____OCTOBER_____

20_05_____.

LULU RAMIREZ
Notary Public
State of Texas
My Commission Expires
November 16, 2006

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Judy's Bonding          ASA Bonding
24 Hr. Phone            24 Hr. Phone
915/332-5061            915/332-5136

FILED ___Oct. 5___, 20_05_
AT ___10:00___ o, clock ___A___ M
SUSIE HULL
District & County Clerk, Martin Co., Texas
By_____, Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000069

NO. _____7871_____

| | |
|---|---|
| THE STATE OF TEXAS | IN THE _____COUNTY_____ COURT |
| VS.   NICHOLAS ALFORQUE CASIANO | OF _____STANTON_____ , TEXAS |
| | _____MARTIN COUNTY_____ , ~~XXXXXXXXXX~~ |

## ORDER

CAME to be presented to the Court the Surety Motion for a warrant for the arrest of the Defendant in the above styled and

numbered cause and the Court having considered the Motion and Affidavit of the surety:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a warrant shall be issued for the arrest of the Defendant

_____NICHOLAS ALFORQUE CASIANO_____ in compliance with Code of Criminal Procedures, V.A.T.S

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the clerk of this Court issue a warrant for the arrest of

_____NICHOLAS ALFORQUE CASIANO_____ and that the Defendant be taken into custody by any sheriff

peace officer and/or magistrate and be returned to the sheriff of _____MARTIN_____ County, Texas, to be held in

custody subject to further order of this Court.

SIGNED AND ENTERED this _____5th_____ day of _____October_____, 20 _____05_____

_____Corky Blocker_____
JUDGE PRESIDING

FILED_____Oct. 5_____, 20 05
AT_____2:00_____o, clock _____P_____ M
SUSIE HULL
District & County Clerk Martin Co., Texas
By_____,Deputy

TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE

000070

*Judy's Bonding*
24 Hr Phone
915/332-5061

*ASA Bonding*
24 Hr. Phone
915/332-5136

# THE STATE OF TEXAS,

*TO ANY PEACE OFFICER OF THE STATE OF TEXAS -- GREETING:*

YOU ARE HEREBY COMMANDED TO ARREST ...Nicholas Alforque Casiano.................................

....4455 Federal Blvd San Diego Ca 92102: DOB 12-18-69; SS 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; DR# C6688687

and ....him.... safely keep, so that you have ...him..... before the Honorable County Court of Martin County, Texas

at the Court House of said County, in the City of Stanton, Texas, instanter, then and there answer THE STATE OF TEXAS upon

a charge pending in said Court, charging ....Nicholas Alforque Casiano.................................

with the offense of ........Failure to comply with contractual agreement with bondsman

.................................on original offense of Possession of a Controlled Substance,

.................................481.117(b)HSC, Clas A Misdemeanor...........................

HEREIN FAIL NOT, but due return make hereof as the law directs.

WITNESS my signature and official seal, on this the ......5............... day

of ..........October..............................., A.D. 2005.........

.....Cindy Blocker...........

County Judge, Martin County, Texas

## OFFICER'S RETURN

RETURN ORIGINAL TO CLERKS OFFICE

Came to hand the ..................... day of ............................................... A.D. 20 ..................., at ................o'clock .........M, and executed on the ..................... day of ............................... A.D. 20..................., at ............o'clock .........M, by arresting the within named .................................................................................................................... at ............................................................................. in ................................................ County, Texas, and *taking .............. bond, which is herewith returned, *placing ............... in the County jail of ................................................ County, Texas.

I actually and necessarily traveled ................... miles in the service of this Writ, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES - Making Arrest ................$.......................
    Mileage .......... miles .....$.......................
    Taking Bond .................$.......................
    Commitment ...............$.......................
    Release .......................$.......................
        Total .................$.......................

.............................................................................
                      Sheriff
                      Constable
                      Police Chief

.................................................................. County, Texas

By ............................................................ Deputy.

*Erase according to the facts.

000071