| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>Alforque v. Martin County, Texas | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Jeffrey M. Byer, Bar No. 149332<br>**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**<br>402 West Broadway, Suite 1700<br>San Diego, CA 92101-3542<br><br>ATTORNEY FOR (NAME): Defendant Martin County, Texas | TELEPHONE NO.:<br>Tel: (619) 235-5655<br>Fax: (619) 235-5648 | |
| ATTORNEYS FOR:<br>Martin County, Texas | HEARING DATE – TIME | CASE NUMBER:<br>3:08-CV-0613-WQH (WMc) |

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP, 402 West Broadway, Suite 1700, San Diego, CA 92101-3542. On July 21, 2008, I served the within documents:

1. DEFENDANT'S MOTIONS TO DISMISS PURSUANT TO RULES (b)(2), 12(b)(3) AND 12(b)(6); OR, MOTIONS TO VENUE, NOTICE OF MOTIONS

2. DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS TO DISMISS AND MOTIONS TO TRANSFER VENUE

3. DEFENDANT'S APPENDIX IN SUPPORT OF MOTIONS TO DISMISS AND MOTIONS TO TRANSFER VENUE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Cassiano N. Alforque
P.O. Box 84564
San Diego, CA  92138
619-952-6586

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on July 21, 2008, at San Diego, California.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

Brenda J. Lewis