# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CASIANO N. ALFOROUE )
)
**Plaintiff** )
)
vs. )
)
MARTIN COUNTY, TEXAS )
)
)
**Defendant** )

NO. 08CV0613 WQH WMc

DECLARATION OF SERVICE

Person served:

Defendants Attorney

Date served:

07-28-08

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Response to Defendants Motion for Dismissal &/or Change of venue

In the following manner: (check one below)

1) _X_ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ___ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on _____.

_____
_____
_____

Executed on _July 28_, 2008 at San Diego, California

_Shawn Holiday_